LAW OFFICES OF

# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

March 16, 2020

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 1007



Re: United States v. Joseph Lopez, 18-Cr.-744(KPF)

Dear Judge Failla:

    I request a one-month adjournment of the April 9, 2020 sentencing for Joe Lopez and the corresponding time to file sentencing submissions. The Government consents to the defense's request.

Respectfully,

/s/ *Stephen Turano*

Stephen Turano

Application GRANTED. Defendant's sentencing is hereby ADJOURNED to May 11, 2020. Defendant's sentencing submissions will be due on or before April 27, 2020, and the Government's sentencing submissions will be due on or before May 4, 2020.

SO ORDERED.

Dated:    March 17, 2020
               New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE