UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :    1:18-cr-00744-KPF-4
      -against-                     :    ORDER
                                    :
Joseph Lopez                        :
                                    :
          Defendant                 :
                                    :
------------------------------------X

Katherine Polk Failla, United States District Judge:

      ORDERED that the defendant's bail be modified to remove curfew
enforced by location monitoring condition.  All other release
conditions shall remain in effect.

      Dated: New York, New York
            March 24, 2020


                              SO ORDERED


                              Katherine Polk Failla
                              United States District Judge