LAW OFFICES OF
# STEPHEN TURANO
———

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

July 27, 2020

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 1007



Re: United States v. Joseph Lopez, 18-Cr.-744(KPF)

Dear Judge Failla:

    In light of the pandemic, the defense's psychologist has not been able to complete his evaluation and report in support of mitigation for Joe Lopez. Accordingly, I request a two-month adjournment of the sentencing. Mr. Lopez is on pretrial supervision and has not had any infractions. The Government consents to the defense's request.

    Respectfully,

    /s/ *Stephen Turano*

    Stephen Turano

cc:    Michael Longyear, AUSA
        Jacob Warren, AUSA

Application GRANTED. Defendant's sentencing is hereby ADJOURNED to October 20, 2020, at 3:30 p.m. Defendant's sentencing submission will be due on or before October 6, 2020, and the Government's sentencing submission will be due on or before October 13, 2020.

Dated:    July 27, 2020            SO ORDERED.
          New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE