LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 1101<br>NEWARK, NJ 07102 |
| TEL (917) 594-5666<br>FAX (917) 594-5667 | TEL (973) 648-6777<br>FAX (917) 594-5667 |

December 28, 2021

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 1007



    Re: <u>United States v. Joe Lopez, 18-Cr.-744(KPF)</u>

Dear Judge Failla:

    As Your Honor is aware, I represented Joe Lopez on the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Mr. Lopez was sentenced by the Court on July 14, 2021, to 18 months' incarceration.

    Based on Mr. Lopez's request, I write to request that I be re-appointed to submit a motion for compassionate release on his behalf.

                                              Respectfully,

                                              /s/ *Stephen Turano*

                                              Stephen Turano

cc:    Michael Longyear, AUSA (via ECF)

Application GRANTED.  Mr. Turano is hereby appointed as counsel for Defendant Joe Lopez.  The Clerk of Court is directed to terminate the pending motion at docket number 136.

Dated:    December 28, 2021          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE